JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CHANNEL WELL TECHNOLOGY CO., LTD., )

        Plaintiff, )

        v. )

CORE INFORMATION SYSTEM, INC., et al., )

        Defendants. )

Case No. CV 26-1495 FMO (ASx)

**JUDGMENT**

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED that:

1. Judgment is hereby entered in favor of plaintiff Channel Well Technology Co., Ltd. and against defendants Core Information Systems, Inc., E-Data Tech Inc., and Steven Chen.

2. Defendants shall pay plaintiff the total amount of **$132,512.95**, which is comprised of the following: (1) $130,209.30 in damages; and (2) $2,303.65 in costs. Defendants are also ordered to pay prejudgement interest at a rate of 7%, and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

4. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 22nd day of June, 2026.

                            /s/

                        Fernando M. Olguin
                  United States District Judge